**Order entered September 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00925-CV

### EBAY INC., Appellant

### V.

### ZURVITA, INC., Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-04897

## ORDER

The clerk's record in this case is incomplete. Accordingly, the Court directs Gary Fitzsimmons, District Clerk of Dallas, County, to file **within five (5) days of the date of this order** a supplemental clerk's record including the order signed by the trial court on July 2, 2014 granting the relief requested by Zurvita, Inc. against Amazon.com, LLC. The Court **DIRECTS** the Clerk to transmit this order electronically to Gary Fitzsimmons, District Clerk of Dallas County, and to all parties.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE